NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANDREW SWEET,                          )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D17-4442
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
_____ )

Opinion filed April 24, 2019.

Appeal from the Circuit Court for Pinellas
County; Frank Quesada, Judge.

Howard L. Dimmig, II, Public Defender,
and Pamela H. Izakowitz, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Chelsea S. Alper,
Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

          Affirmed.

NORTHCUTT, KELLY, and ATKINSON, JJ., Concur.